## 54209. CARTER et al. v. CREDITHRIFT OF AMERICA, INC.

QUILLIAN, Presiding Judge.

This appeal was taken from the denial of defendant's motion to set aside a default judgment. It is contended that the loan contract on which suit was brought violated the provisions of the Industrial Loan Act, Code Ann. § 25-319 (Ga. L. 1955, pp. 431, 444) by failing to disclose "the amount of each class of insurance carried and the premiums paid thereon." *Held:*

The contract in question revealed the premium charged for the insurance but not the amount of each class of insurance carried. Hence, there appears a clear violation of the statute which requires the grant of defendant's motion to set aside. *Patman v. General Fin. Corp. of Ga.,* 128 Ga. App. 836 (198 SE2d 371); *Hawkins v. Household Fin. Corp. of Decatur,* 139 Ga. App. 525 (229 SE2d 13). See *Moore v. American Fin. System,* 236 Ga. 610 (225 SE2d 17).

*Judgment reversed. Shulman and Banke, JJ., concur.*

ARGUED JULY 11, 1977 — DECIDED SEPTEMBER 12, 1977.

*Marion K. Smith,* for appellants.
*Gilbert, Kraselsky & Owens, Robert L. Kraselsky,* for appellee.